**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO STAY PROCEEDINGS** <br><br> This Document Relates to Case No. 2:18-cv-3358-RMG |

**NOTICE OF WITHDRAWAL OF UNITED STATES OF AMERICA'S
<u>MOTION TO STAY PROCEEDINGS</u>**

Defendants United States of America, the U.S. Department of Defense, the U.S. National Guard Bureau, and the U.S. Air Force (collectively, the "United States"), by their attorneys, hereby withdraw their motion dated January 23, 2019, seeking a stay of proceedings in the matter captioned *City of Newburgh v. United States of America et al.*, No. 2:18-cv-03358 (RMG). *See* No. 2:18-mn-02873 (RMG), Dkt. No. 11; No. 2:18-cv-03358 (RMG), Dkt. No. 189. On January 25, 2019, appropriations legislation restoring funding to the Department of Justice was passed by Congress and signed into law by the President. Accordingly, because the relief requested is no longer necessary, the United States hereby withdraws its motion.

        Respectfully submitted,

        SHERRI A. LYDON
        UNITED STATES ATTORNEY

By:   *s/Lee E. Berlinsky*
      Lee E. Berlinsky (Fed. I.D. #05443)
      Assistant United States Attorney
      151 Meeting Street, Suite 200
      Charleston, SC 29401
      Telephone: (843) 266-1600

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:    SAMUEL DOLINGER
       ARASTU K. CHAUDHURY
       Assistant United States Attorneys
       86 Chambers Street, 3rd Floor
       New York, NY 10007
       Tel.: (212) 637-2677/2633
       E-mail: samuel.dolinger@usdoj.gov
                 arastu.chaudhury@usdoj.gov

January 28, 2019